May 17, 2013

Dear Quantum,:

In response to your letter you sent me that has dated May 9, 2013. I refuse to pay this debt because I don't know anything about this.

Thank You,

George James

# EXHIBIT 1

English    Customer Service    USPS Mobile                                              Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470900362259520 | First-Class Mail® | Delivered | May 30, 2013, 9:01 am | CORPUS CHRISTI, TX 78415 | Expected Delivery By: May 20, 2013 Certified Mail™ Return Receipt |
|  |  | Notice Left (Business Closed) | May 20, 2013, 11:28 am | CORPUS CHRISTI, TX 78415 |  |
|  |  | Arrival at Unit | May 20, 2013, 7:49 am | CORPUS CHRISTI, TX 78415 |  |
|  |  | Processed through USPS Sort Facility | May 20, 2013, 1:48 am | CORPUS CHRISTI, TX 78469 |  |
|  |  | Processed through USPS Sort Facility | May 19, 2013, 4:04 pm | CORPUS CHRISTI, TX 78469 |  |
|  |  | Depart USPS Sort Facility | May 17, 2013 | CHEYENNE, WY 82009 |  |
|  |  | Processed at USPS Origin Sort Facility | May 17, 2013, 7:32 pm | CHEYENNE, WY 82009 |  |
|  |  | Dispatched to Sort Facility | May 17, 2013, 2:45 pm | CHEYENNE, WY 82001 |  |
|  |  | Acceptance | May 17, 2013, 7:34 am | CHEYENNE, WY 82001 |  |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**EXHIBIT 2**

Copyright 2013 USPS. All Rights Reserved.

May 21, 2013

Dear Quantum,:

In response to your letter you sent me that has dated May 17, 2013, and the account number from you of 162433-70468. I refuse to pay this debt because I don't know anything about this.

Thank You,

George James

# EXHIBIT 3

English          Customer Service          USPS Mobile                                                  Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**    **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 7011047000362239452 | First-Class Mail® | Delivered | May 24, 2013, 11:15 am | CORPUS CHRISTI, TX 78415 | Expected Delivery By: May 24, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 24, 2013, 7:52 am | CORPUS CHRISTI, TX 78415 | |
| | | Processed through USPS Sort Facility | May 24, 2013, 1:34 am | CORPUS CHRISTI, TX 78469 | |
| | | Processed through USPS Sort Facility | May 23, 2013, 4:54 pm | CORPUS CHRISTI, TX 78469 | |
| | | Depart USPS Sort Facility | May 21, 2013 | CHEYENNE, WY 82009 | |
| | | Processed at USPS Origin Sort Facility | May 21, 2013, 6:59 pm | CHEYENNE, WY 82009 | |
| | | Dispatched to Sort Facility | May 21, 2013, 3:00 pm | CHEYENNE, WY 82001 | |
| | | Acceptance | May 21, 2013, 8:44 am | CHEYENNE, WY 82001 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**EXHIBIT 4**

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

May 28, 2013

Dear Quantum,:

In response to your letter you sent me that has dated May 21, 2013, and the account number from you of 162547-70468. I refuse to pay this debt because I don't know anything about this.

Thank You,

George James

# EXHIBIT 5

English    Customer Service    USPS Mobile                                Register / Sign In

 USPS.COM                                  Search USPS.com or Track Packages

Quick Tools           Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000262239910 | First-Class Mail® | Delivered | May 31, 2013, 11:38 am | CORPUS CHRISTI, TX 78415 | Expected Delivery By: May 31, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | May 31, 2013, 7:24 am | CORPUS CHRISTI, TX 78415 | |
| | | Processed through USPS Sort Facility | May 31, 2013, 1:53 am | CORPUS CHRISTI, TX 78469 | |
| | | Depart USPS Sort Facility | May 30, 2013 | CORPUS CHRISTI, TX 78469 | |
| | | Processed through USPS Sort Facility | May 30, 2013, 2:51 pm | CORPUS CHRISTI, TX 78469 | |
| | | Depart USPS Sort Facility | May 28, 2013 | CHEYENNE, WY 82009 | |
| | | Processed at USPS Origin Sort Facility | May 28, 2013, 6:37 pm | CHEYENNE, WY 82009 | |
| | | Dispatched to Sort Facility | May 28, 2013, 3:28 pm | CHEYENNE, WY 82001 | |
| | | Acceptance | May 28, 2013, 8:50 am | CHEYENNE, WY 82001 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

EXHIBIT 6

May 29, 2013

Dear Quantum,:

In response to your letters you sent me that has dates May 24, 2013 and has your account numbers of 161930-70468, 162433-70468, 162547-70468. I refuse to pay this debt because I don't know about the family money.

Thank You,

Kelly James

# EXHIBIT 7

English    Customer Service    USPS Mobile                                      Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 7011047000036239445 | First-Class Mail® | Delivered | June 3, 2013, 11:30 am | CORPUS CHRISTI, TX 78415 | Expected Delivery By: June 1, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | June 3, 2013, 8:02 am | CORPUS CHRISTI, TX 78415 | |
| | | Dispatched to Sort Facility | May 29, 2013, 2:51 pm | CHEYENNE, WY 82001 | |
| | | Acceptance | May 29, 2013, 8:31 am | CHEYENNE, WY 82001 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**EXHIBIT 8**

June 3, 2013

Dear Quantum,:

In response to your letters you sent me that has dates May 28, 2013 and has your account numbers of 162724-70468, 162723-70468. I refuse to pay this debt because I don't know about the family money.

Thank You,

Kelly James

# EXHIBIT 9

English        Customer Service        USPS Mobile                                                             Register / Sign In

**USPS.COM**                                                                             Search USPS.com or Track Packages

Quick Tools            Ship a Package         Send Mail         Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000362239438 | First-Class Mail® | Delivered | June 7, 2013, 11:14 am | CORPUS CHRISTI, TX 78415 | Expected Delivery By: June 6, 2013 Certified Mail™ Return Receipt |
| | | Arrival at Unit | June 7, 2013, 6:44 am | CORPUS CHRISTI, TX 78415 | |
| | | Dispatched to Sort Facility | June 3, 2013, 2:26 pm | CHEYENNE, WY 82001 | |
| | | Acceptance | June 3, 2013, 8:47 am | CHEYENNE, WY 82001 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

Copyright© 2013 USPS. All Rights Reserved.

# EXHIBIT 10