# United States District Court
## For the District of Wyoming

| | |
|---|---|
| GEORGE JAMES and KELLY JAMES, | |
| Plaintiffs, | |
| vs. | Civil No. 13-CV-165-J |
| QUANTUM FINANCIAL BUSINESS SERVICES, LLC d/b/a QUANTUM COLLECTION SERVICES, LLC d/b/a CHECKRITE OF CORPUS CHRISTI, | |
| Defendants. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter comes before the Court on Counsel for Defendants' Motion to Withdraw [Doc. 21].  The Court is aware of Plaintiffs' opposition to this Motion and finds Defendants consented in writing to the withdrawal and that good cause exists to GRANT the Motion.

IT IS THEREFORE ORDERED Henry F. Bailey, Jr. and the law firm of Bailey, Stock & Harmon, P.C. may withdraw as counsel for Defendants herein and are discharged from all further obligations in this consolidated proceeding.  Defendants shall be responsible for complying with all orders of the Court and time limitations of the Local Rules and Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED the parties shall appear by telephone for a status conference before the Honorable Kelly H. Rankin on March 12, 2014 at 9:30 a.m.  Plaintiffs shall initiate the call and connect to the Court at 307-433-2180.

Dated this 4th day of March, 2014.

_____
Kelly H. Rankin
United States Magistrate Judge